FILED:  February 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1186
(10-CA-139779)

_____

NATIONAL LABOR RELATIONS BOARD

Petitioner

v.

PAC TELL GROUP, INC., d/b/a U.S. Fibers

Respondent

_____

O R D E R

_____

The court adopts the briefing order previously filed in 15-1111 on

01/30/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk